IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS LEROY YOUNG, )
)
      Petitioner, )
) Civil Action No. 07-325 Erie
v. )
)
HELEN MARBERRY, Warden, )
)
      Respondent. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on November 21, 2007.

The Magistrate Judge's Report and Recommendation [Doc. No. 10], filed on February 21, 2008, recommended that Petitioner's Petition [Doc. No. 6] be dismissed for failure to prosecute. Petitioner was allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th day of March, 2008;

IT IS HEREBY ORDERED that the Petitioner's Petition [Doc. No. 6] is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 10] of Magistrate Judge Baxter, filed on February 21, 2008, is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                              United States District Judge

cm: All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge